**Order filed July 25, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00483-CV
_____

**GOLDKING ONSHORE OPERATING, LLC AND GOLDKING HOLDINGS, LLC, Appellants**

**V.**

**LEONARD C. TALLERINE, JR., GOLDKING ENERGY CORPORATION, GOLDKING ENERGY PARTNERS I, LP, GOLDKING ENERGY PARTNERS II, LLC, GOLDKING CAPITAL MANAGEMENT, LLC, RETA WELLWOOD D/B/A VERMILLION CONTRACTING CO., DENNA RAMSEY AND PAUL CULOTTA, Appellees**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-08724**

# O R D E R

On November 5, 2013, this court abated this appeal because appellants, Goldking Holdings, LLC and Goldking Onshore Operating, LLC petitioned for

voluntary bankruptcy in the United States Bankruptcy Court for the District of Delaware, under cause number 13-12820-BLS. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed November 22, 2013. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM